# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JENNIFER BUTLER, | § | |
| Plaintiff, | § § § | |
| v. | § § | CASE NO. 4:09cv402 |
| GILLIS HAMMETT, in his individual and official capacities, et al. | § § § § | |
| Defendants. | § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 9, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendants' Motions for Entry of Final Judgment (Dkts. 55, 56, 58 and 59) should be GRANTED and that final judgment should be entered, dismissing with prejudice Plaintiff's claims against Gillis Hammett, in both his individual and his official capacities and Denton County Mental Health Retardation Center who appeared on behalf of the claims made against Tammy Weppelman in her official capacity.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions

of the court. Therefore, Defendants' Motions for Entry of Final Judgment (Dkts. 55, 56, 58 and 59) are GRANTED and an order shall be entered, dismissing with prejudice Plaintiff's claims against Gillis Hammett, in both his individual and his official capacities and Denton County Mental Health Retardation Center who appeared on behalf of the claims made against Tammy Weppelman in her official capacity.

**IT IS SO ORDERED.**

**SIGNED this the 29th day of September, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE